UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9814015 CR-RYSKAMP
8 U.S.C. 1324(a)(1)(A)(v)(I)
8 U.S.C. 1328
18 U.S.C. 371
18 U.S.C. 911
18 U.S.C. 922(g)(5)

UNITED STATES OF AMERICA

v.

ROGERIO FRANCISCO CADENA
a/k/a Rogelio
a/k/a Pancho
a/k/a Panchito,
JOSE CUEVAS-ATAXCA
and
MARTIN AMBROSIO-HERRERA
_______________________________/

MAGISTRATE JUDGE LYNCH

**INDICTMENT**

FILED BY ___ D.C.
98 MAR -5 PM 12:26
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. -FT. PIERCE

The Grand Jury charges that:

COUNT I

From on or about November 14, 1996 through February 20, 1998, at Fort Pierce, Okeechobee, Avon Park, Palm Beach, Lake Worth, and Boynton Beach in St. Lucie County, Okeechobee County, Highlands County and Palm Beach County in the Southern District of Florida and elsewhere, the defendants,

ROGERIO FRANCISCO CADENA
a/k/a Rogelio

a/k/a Pancho
a/k/a Panchito,
JOSE CUEVAS-ATAXCA
and
MARTIN AMBROSIO-HERRERA

did knowingly and willfully combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to commit offenses against the United States, that is, to violate Title 8, United States Code, Section 1328 and Title 18, United States Code, Sections 2421, 2423(a)and 2424(a).

PURPOSES AND OBJECTS

It was the purpose and object of this conspiracy to import into the United States aliens for prostitution and other immoral purposes.

It was further the purpose and object of this conspiracy to hold said aliens for prostitution and other immoral purposes pursuant to their illegal importation.

It was further the purpose and object of this conspiracy to keep, maintain, control, support, and harbor in houses for prostitution and other immoral purposes, said aliens pursuant to their illegal importation.

It was further the purpose and object of this conspiracy to knowingly transport individuals in interstate and foreign commerce, from Mexico to Florida, with intent that such

individuals engage in prostitution.

It was further the purpose and object of this conspiracy to knowingly transport minors, who were under the age of eighteen (18) years, in interstate and foreign commerce, from Mexico to Florida, with the intent that such minors engage in prostitution.

It was further the purpose and object of the conspiracy to conceal and fail to report to the Commissioner of Immigration and Naturalization Service the whereabouts and identities of aliens, who were kept in houses of prostitution, and the facts and circumstances pertaining to said aliens and their entry into the United States.

OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, there were committed, by at least one of the conspirators, in the Southern District of Florida and elsewhere, at least one of the following overt acts, among others:

1. In or about September and October 1997, ROGERIO FRANCISCO CADENA kept, maintained, controlled and harbored Hispanic females, who were illegal aliens, at a house used for prostitution, located at 3922 Lora Street, Ft. Myers, Florida.

2. On or about October 10, 1997, MARTIN AMBROSIO-HERRERA falsely claimed to be a citizen of the United States, when he purchased two guns at the Village Pawn Shop in Boyton Beach, Florida.

3. Before, on or about November 3, 1997, JOSE CUEVAS-ATAXCA, transported two Hispanic females, both juveniles, who were illegal aliens, from West Palm Beach, Florida to Okeechobee, Florida.

4. On or about November 3, 1997, JOSE CUEVAS-ATAXCA and ROGERIO FRANCISCO CADENA kept, maintained, controlled and harbored two Hispanic females, both juveniles, who were illegal aliens, at a house used for conducting the business of prostitution located at 3542 N.W. 7th Street, Okeechobee, Florida.

5. Before, on or about November 23, 1997, MARTIN AMBROSIO-HERRERA, transported two Hispanic females, who were illegal aliens, to a house used for prostitution located at 11 & 11 ½ Kidd Street, Lake Worth, Florida.

6. Up to and including November 23, 1997, ROGERIO FRANCISCO CADENA, kept, maintained, controlled and harbored two Hispanic females and two Hispanic males, who were illegal aliens, at a house used for prostitution located at 325 (B)

14th Street, Fort Pierce, Florida.

7. Up to and including November 23, 1997, ROGERIO FRANCISCO CADENA, kept, maintained, controlled and harbored three Hispanic females, two adults and one juvenile, who were illegal aliens, at a house used for prostitution located at 3681 NW 3rd Street, Okeechobee, Florida.

8. On or about January 6, 1998, MARTIN AMBROSIO-HERRERA, possessed two firearms at 513 N. D. Street, Lake Worth, Florida.

9. Up to and including February 20, 1998, ROGERIO FRANCISCO CADENA, kept, maintained, controlled and harbored three Hispanic females, who were illegal aliens, at a house used for prostitution located at 4963 Mars Street, Fort Myers, Florida.

10. On or about February 20, 1998, ROGERIO FRANCISCO CADENA, an illegal alien, possessed a gun at 4963 Mars Street, Fort Myers, Florida.

All in violation of Title 18, United States Code, Section 371.

## COUNT II

From on or about November 14, 1996 through February 20, 1998, at Fort Pierce, Okeechobee, Avon Park, Palm Beach, Lake

Worth, Boynton Beach in St. Lucie County, Okeechobee County, Highlands County and Palm Beach County in the Southern District of Florida and elsewhere, the defendants,

ROGERIO FRANCISCO CADENA
a/k/a Rogelio
a/k/a Pancho
a/k/a Panchito,
JOSE CUEVAS-ATAXCA
and
MARTIN AMBROSIO-HERRERA

did knowingly and willfully combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to violate Title 8, United States Code, Sections 1324(a)(1)(A)(i), 1324(a)(1)(A)(ii), and Section 1324 (a)(1)(A)(iii); that is, to knowingly bring twenty-three (23) aliens into the United States at a place other than a designated port of entry or place other than as designated by the Commissioner of the Immigration and Naturalization Service; to transport, conceal, harbor and shield from detection said aliens not legally in the United States, knowingly or in reckless disregard of the fact that said aliens came to, entered and remained in the United States in violation of law.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and (B)(1).

COUNT III

On or about November 3, 1997, at Okeechobee, Okeechobee County, in the Southern District of Florida, the defendants,

ROGERIO FRANCISCO CADENA
a/k/a Rogelio
a/k/a Pancho
a/k/a Panchito,
JOSE CUEVAS-ATAXCA
and
MARTIN AMBROSIO-HERRERA

knowingly kept, maintained, controlled, supported, employed, and harbored aliens in a house for prostitution, located at 3542 N.W. 7th Street, Okeechobee, Florida, in pursuance of the illegal importation of aliens into the United States, in violation of Title 8, United States Code, Section 1328 and Title 18, United States Code, Section 2.

COUNT IV

On or about November 23, 1997, at Fort Pierce, St. Lucie County, in the Southern District of Florida, the defendants,

ROGERIO FRANCISCO CADENA
a/k/a Rogelio
a/k/a Pancho
a/k/a Panchito,
JOSE CUEVAS-ATAXCA
and
MARTIN AMBROSIO-HERRERA

knowingly kept, maintained, controlled, supported, employed, and harbored aliens in a house for prostitution, located at 325

(B) 14th Street, Fort Pierce, in pursuance of the illegal importation of aliens into the United States, in violation of Title 8, United States Code, Section 1328 and Title 18, United States Code, Section 2.

COUNT V

On or about November 23, 1997, at Okeechobee, Okeechobee County, in the Southern District of Florida, the defendants,

ROGERIO FRANCISCO CADENA
a/k/a Rogelio
a/k/a Pancho
a/k/a Panchito,
JOSE CUEVAS-ATAXCA
and
MARTIN AMBROSIO-HERRERA

knowingly kept, maintained, controlled, supported, employed, and harbored aliens, in a house for prostitution, located at 3681 NW 3rd Street, Okeechobee, Florida, in pursuance of the illegal importation of aliens into the United States, in violation of Title 8, United States Code, Section 1328 and Title 18, United States Code, Section 2.

COUNT VI

On or about November 23, 1997, at Lake Worth, Palm Beach County, in the Southern District of Florida, the defendants,

ROGERIO FRANCISCO CADENA

a/k/a Rogelio
a/k/a Pancho
a/k/a Panchito,
JOSE CUEVAS-ATAXCA
and
MARTIN AMBROSIO-HERRERA

knowingly kept, maintained, controlled, supported, employed, and harbored aliens in a house for prostitution, located at 11 & 11 ½ Kidd Street, Lake Worth, Florida, in pursuance of the illegal importation of aliens into the United States,in violation of Title 8, United States Code Section 1328 and Title 18, United States Code, Section 2.

COUNT VII

On or about November 3, 1997, in Ockeechobee County, in the Southern District of Florida, the defendant,

JOSE CUEVAS-ATAXCA

did falsely and willfully represent himself to be a citizen of the United States; that is he claimed to be Gabriel C. Conde, born in Bradenton, Florida, when in truth and in fact he was JOSE CUEVAS-ATAXCA, born in Veracruz, Mexico, in violation of Title 18, United States Code, Section 911.

COUNT VIII

On or about January 6, 1998 at Lake Worth, Palm Beach County in the Southern District of Florida, the defendant,

MARTIN AMBROSIO-HERRERA

being an alien illegally in the United States, did knowingly possess firearms in and affecting commerce, to wit: a Bryco Arms model Jennings Nine 9mm blued pistol, serial number 1120600 and an EAA model EA/R .38 special caliber blued snub nose revolver, serial number 1522816, in violation of Title 18, United States Code, Section 922(g)(5).

A TRUE BILL

FOREPERSON

THOMAS E. SCOTT
UNITED STATES ATTORNEY

CAROL WILKINSON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA** 98-14015

**UNITED STATES OF AMERICA** **CASE NO.** CR-RYSKAMP

v.

**CERTIFICATE OF TRIAL ATTORNEY***

ROGERIO FRANCISCO CADENA, et al.

**Related Case Information:**

| | | |
|---|---|---|
| SUPERSEDING | Yes ____ | No X |
| New Defendant(s) | Yes ____ | No ____ |
| Number of New Defendants | ____ | |
| Total number of counts | ____ | |

**Court Division:** (Select One)

____ Miami ____ Key West
____ FTL ____ WPB X FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) YES
   List language and/or dialect Spanish

4. This case will take 14 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| (Check only one) | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | ____ | Petty | ____ |
| II | 6 to 10 days | ____ | Minor | ____ |
| III | 11 to 20 days | X | Misdem. | ____ |
| IV | 21 to 60 days | ____ | Felony | X |
| V | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No) No
If yes:

Judge: ____________ Case No. ____________
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) YES
If yes:

Magistrate Case No. 98-004-FJL
Related Miscellaneous numbers: ____________
Defendant(s) in federal custody as of ____________
Defendant(s) in state custody as of February 20, 1998
Rule 20 from the ____________ District of ____________

7. This case originated in the U.S. Attorney's office prior to August 16, 1985
   (Yes or No) NO

Carol A. Wilkinson

CAROL A. WILKINSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. A5500089

*Penalty Sheet(s) attached

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET** 98 14015

Defendant's Name: ROGERIO FRANCISCO CADENA No.: CR-RYSKAMP
a/k/a Rogelio, a/k/a Pancho, a/ka/ Panchito

Count #: 1

18:371 Conspiracy to transport persons and minors for prostitution

*Max. Penalty: 0-5 years; $250,000.00

Count #: 2

8:1324(a)(1)(A)(v)(I)(B)(1) Conspiracy to transport, harbor and conceal illegal aliens

*Max. Penalty: 0-10 years; $250,000.00

Count #: 3

8:1328 Keeping and harboring aliens for purposes of prostitution pursuant to smuggling

*Max. Penalty: 0-10 years; $250,000.00

Count #: 4

8:1328 Keeping and harboring aliens for purposes of prostitution pursuant to smuggling

*Max. Penalty: 0-10 years; $250,000.00

Count #: 5

8:1328 Keeping and harboring aliens for purposes of prostitution pursuant to smuggling

*Max. Penalty: 0-10 years; $250,000.00

Count #: 6

8:1328 Keeping and harboring aliens for purposes of prostitution pursuant to smuggling

*Max. Penalty: 0-10 years; $250,000.00

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

98-14015

CR-GRAHAM

Defendant's Name: JOSE CUEVAS-ATAXCA

Count #: 1

18:371 Conspiracy to transport persons and minors for prostitution

*Max. Penalty: 0-5 years; $250,000.00

Count #: 2

8:1324(a)(1)(A)(v)(I)(B)(1) Conspiracy to transport, harbor and conceal illegal aliens

*Max. Penalty: 0-10 years; $250,000.00

Count #: 3

8:1328 Keeping and harboring aliens for purposes of prostitution pursuant to smuggling

*Max. Penalty: 0-10 years; $250,000.00

Count #: 4

8:1328 Keeping and harboring aliens for purposes of prostitution pursuant to smuggling

*Max. Penalty: 0-10 years; $250,000.00

Count #: 5

8:1328 Keeping and harboring aliens for purposes of prostitution pursuant to smuggling

*Max. Penalty: 0-10 years; $250,000.00

Count #: 6

8:1328 Keeping and harboring aliens for purposes of prostitution pursuant to smuggling

*Max. Penalty: 0-10 years; $250,000.00

Count #: 7

18:911 False representation as a U.S. citizen

*Max. Penalty: 0-3 years; $250,000.00

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: MARTIN AMBROSIO-HERRERA No. 98-14015

CR-RYSKAMP

Count #: 1

18:371 Conspiracy to transport persons and minors for prostitution

*Max. Penalty: 0-5 years; $250,000.00

Count #: 2

8:1324(a)(1)(A)(v)(I)(B)(1) Conspiracy to transport, harbor and conceal illegal aliens

*Max. Penalty: 0-10 years; $250,000.00

Count #: 3

8:1328 Keeping and harboring aliens for purposes of prostitution pursuant to smuggling

*Max. Penalty: 0-10 years; $250,000.00

Count #: 4

8:1328 Keeping and harboring aliens for purposes of prostitution pursuant to smuggling

*Max. Penalty: 0-10 years; $250,000.00

Count #: 5

8:1328 Keeping and harboring aliens for purposes of prostitution pursuant to smuggling

*Max. Penalty: 0-10 years; $250,000.00

Count #: 6

8:1328 Keeping and harboring aliens for purposes of prostitution pursuant to smuggling

*Max. Penalty: 0-10 years; $250,000.00

Count #: 8

18:922(g)(5) Illegal alien in possession of a firearm

*Max. Penalty: 0-10 years; $250,000.00

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

BOND RECOMMENDATION 9814015

CR-K

DEFENDANT JOSE CUEVAS-ATAXCA a/k/a Lupe a/k/a Gabriel C. Conde

$ PTD (Surety, Recognizance, Corporate Surety, Cash)
(Jail) (On Bond) (Warrant) (Summons)
(Marshal's Custody)

Carol A. Wilkinson

CAROL A. WILKINSON
ASSISTANT UNITED STATES ATTORNEY

Last Known Address: ______________________

What Facility: Okeechobee County Jail

Agent: FBI - Alex Rivas & BORDER PATROL - Kevin Douglas
(FBI) (SECRET SVC) (DEA) (IRS) (CUSTOMS)
(OTHER)

9814015

CR-RYSKAMP

BOND RECOMMENDATION

DEFENDANT MARTIN AMBROSIO-HERRERA

$ PTD (Surety, Recognizance, Corporate Surety, Cash)
(Jail) (On Bond) (Warrant) (Summons)
(Marshal's Custody)

Carol A. Wilkinson

CAROL A. WILKINSON
ASSISTANT UNITED STATES ATTORNEY

Last Known Address: ______

What Facility: Palm Beach County Jail

Agent: FBI - Alex Rivas & BORDER PATROL - Kevin Douglas
(FBI) (SECRET SVC) (DEA) (IRS) (CUSTOMS)
(OTHER)